# Court of Appeals
# of the State of Georgia

ATLANTA,    June 27, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0404.  JOHN MICHAEL DEVONE, SR. v. BRITTANY N. FINLEY.**

On March 8, 2013, the trial court issued an order awarding custody of minor child J. M. D. to his mother, Brittany Finley.  On April 19, John Devone, Sr., the child's biological father, filed this application for discretionary appeal.[1]  Finley filed a motion to dismiss the application, arguing that it was not timely filed.

The trial court's order was directly appealable under OCGA § 5-6-34 (a) (11). Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application.  See OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d); *Hill v State*, 204 Ga App 582 (420 SE2d 393) (1992).  Here, Devone filed his application 42 days after the trial court's order was entered.  Accordingly, the application is untimely and must be dismissed for lack of jurisdiction.  See *Hill*, supra.

Finley's motion to dismiss is hereby GRANTED, and this application is DISMISSED.

---

[1] Devone filed his application in the Supreme Court, which transferred the matter here.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/27/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*